UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JOSE REYES, on behalf of himself and
all others similarly situated,

                               Plaintiff,

    -against-

THE APOLLO THEATER FOUNDATION, INC.
d/b/a THE APOLLO THEATER,

                              Defendant.
------------------------------------------------------------X

Index No.: 1:18-cv-07484-KPF

**STIPULATION EXTENDING
TIME TO ANSWER**

      **IT IS HEREBY STIPULATED AND AGREED** by the undersigned that the time of defendant, The Apollo Theater Foundation, Inc. d/b/a The Apollo Theater, to answer, appear or otherwise move with respect to the summons and complaint is extended to and including January 10, 2019. Defendant, The Apollo Theater Foundation, Inc. d/b/a The Apollo Theater, also agrees to waive any claims regarding defect of service of process.

Dated: December 10, 2018

| | |
|---|---|
| LEE LITIGATION GROUP, PLLC<br>Attorneys for Plaintiff<br>Jose Reyes, on behalf of himself and<br>all others similarly situated<br><br>By: _____<br>C.K. Lee, Esq.<br>30 East 39th Street, 2nd Floor<br>New York, NY 10016<br>Tel: 212-365-1181 | BABCHIK & YOUNG, LLP<br>Attorneys for Defendant<br>The Apollo Theater Foundation, Inc.<br>d/b/a The Apollo Theater<br><br>By: _____<br>Jack Babchik (JB 8953)<br>245 Main Street, Suite 330<br>White Plains, NY 10601<br>Tel.: 914-470-0001 |

SO ORDERED:

_____
Hon. Katherine Polk Failla
U.S.D.J.