UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X   Index No.: 1:18-CV-07484-KPF
JOSE REYES, on behalf of himself and
all others similarly situated,

                              Plaintiff,

-against-

THE APOLLO THEATER FOUNDATION, INC.
d/b/a THE APOLLO THEATER,

                              Defendant.
-------------------------------------------------------------X

### STIPULATION FOR DISMISSAL WITH PREJUDICE, WITH COURT'S RETENTION OF JURISDICTION TO ENFORCE SETTLEMENT AGREEMENT

       The parties, pursuant to the Federal Rules of Civil Procedure, hereby move to dismiss this action with prejudice, a resolution of all matters in dispute having been made pursuant to a Settlement Agreement executed between the parties. The parties have stipulated in their agreement that the Court retain jurisdiction to enforce the terms and conditions of the Settlement Agreement.

| | |
|---|---|
| BABCHIK & YOUNG, LLP<br>Attorneys for Defendants | LEE LITIGATION GROUP, PLLC<br>Attorneys for Plaintiff |
| *[signature]*<br>Melissa Cartaya, Esq.<br>245 Main Street, Suite 330<br>White Plains, New York 10601<br>(914) 470-0001 | /s/ C.K. Lee<br>C.K. Lee, Esq.<br>30 East 39th Street, 2nd Floor<br>New York, New York 10016<br>(212) 465-1188 |
| Dated: March 4, 2019 | Dated: March 6, 2019 |